# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CN22 | E 1512533 | Marwa | 226 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 08/26/24 1620 | 36 CFR 4.2(b) CVC 23222(b) |

**Place of Offense:** 2801 Great Highway

**Offense Description:** Smoking MJ as passenger

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Durniak
First Name: Christina

Street Address: 223 [redacted]
City: [redacted]
Driver License: D79[redacted]

### VEHICLE

Tag No: 9BPN575 CA 02 KIA Whi

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 70 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov →  $ 100 Total Collateral Due

### YOUR COURT DATE

Court Address: 450 Golden Gate
Date: TBD
Time: TBD

X Defendant Signature

Original - CVB Copy

*E1512533*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 08/26, 20 24 while exercising my duties as a law enforcement officer in the Presidio District of California.

See Report

PP24098701

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/26/24   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident